EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3380
    Facsimile: (213) 894-3713
    E-mail:    justin.rhoades@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE ACCOUNT IDENTIFIED AS SOCALDUDE45@YAHOO.COM AND YAHOO ID: SOCALDUDE45, THAT IS STORED AT PREMISES CONTROLLED BY YAHOO!, INC. | No. 16-0305M<br><br>GOVERNMENT'S EX PARTE APPLICATION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Justin R. Rhoades, hereby files an Ex Parte Application To Unseal Search Warrant and Affidavit.

///

///

1  This Application is based upon the attached declaration of
2  Justin R. Rhoades, the files and records in this case, and such
3  further evidence and argument as the Court may permit.

5  Dated: September 6, 2016          Respectfully submitted,

   EILEEN M. DECKER
   United States Attorney

   LAWRENCE S. MIDDLETON
   Assistant United States Attorney
   Chief, Criminal Division

   _____
   JUSTIN R. RHOADES
   Assistant United States Attorney

   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

2

DECLARATION OF JUSTIN R. RHOADES

I, JUSTIN R. RHOADES, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for Central District of California. I prepared the warrant in the matter of the search of Information Associated With The Account Identified As Socaldude45@Yahoo.Com and Yahoo Id: Socaldude45, That is Stored at Premises Controlled by Yahoo!, Inc.

2. On February 16, 2016, the government applied for and obtained from Magistrate Judge Alka Sagar, a warrant to search the Account Identified As Socaldude45@Yahoo.Com and Yahoo Id: Socaldude45, That is Stored at Premises Controlled by Yahoo!, Inc., for evidence of violations of 18 U.S.C. §§ 2252A(a)(2) (receipt and distribution of child pornography), and 2252A(a)(5)(B) (possession of child pornography). That warrant was docketed as 16-0305M.

3. In conjunction with the search warrant, the government obtained an order sealing the warrant and underlying affidavit to prevent target from learning about the investigation and either fleeing or destroying evidence. I am informed that the search warrant was subsequently executed by the FBI and the user of that account may have been notified of the existence of the underlying investigation.

//

//

4. Now that the search warrant has been executed, there is no longer a need to maintain the affidavit under seal. For these reasons, the government seeks an order unsealing the search warrant and accompanying affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 6, 2016.

_____
JUSTIN R. RHOADES